**FILED: 8/29/12**

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI TYLER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AETNA LIFE INSURANCE COMPANY; AETNA LIFE INSURANCE COMPANY OF HARTFORD CONNECTICUT; CALIFORNIA FAIR PLAN ASSOCIATION; CALIFORNIA FAIR PLAN LONG TERM DISABILITY PLAN; ICSO GROUP HEALTH & WELFARE LONG TERM DISABILITY GROUP POLICY; THE BENEFITS CONNECTION GROUP, INC.; THE BENEFITS CONNECTION GROUP, INC. LONG TERM DISABILITY PLAN; ROBERT E. VAGLEY, PRESIDENT C/O AMERICAN INSURANCE ASSOCIATION, INC.; ALEXANDER M. PIRNIE, PRESIDENT, C/O NEW YORK BOARD OF FIRE UNDERWRITERS; FRED R. MARCON, PRESIDENT, C/O INSURANCE SERVICES OFFICE, INC.,; AND DOES 1 THROUGH 10, INCLUSIVE<br><br>　　　　Defendants. | CASE NO. CV11-10024 GHK (PJWx)<br>*Judge  George H. King*<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE** |

///

///

///

-1-　　CV11-10024 GHK (PJWx)
[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

1  Pursuant to the joint stipulation of dismissal of the entire action with
2  prejudice entered into by and between the parties, the above-entitled action is
3  dismissed with prejudice, each party to bear their own costs and attorney fees.
4  IT IS SO ORDERED.

6  Dated:   8/29/12

   _____
   UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

AETNA/1077342/13331938v.1

-2-   CV11-10024 GHK (PJWx)
[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE