**FILED: 8/29/12**

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI TYLER, | CASE NO. CV11-10024 GHK (PJWx) |
| Plaintiff, | *Judge George H. King* |
| vs. | |
| AETNA LIFE INSURANCE COMPANY; AETNA LIFE INSURANCE COMPANY OF HARTFORD CONNECTICUT; CALIFORNIA FAIR PLAN ASSOCIATION; CALIFORNIA FAIR PLAN LONG TERM DISABILITY PLAN; ICSO GROUP HEALTH & WELFARE LONG TERM DISABILITY GROUP POLICY; THE BENEFITS CONNECTION GROUP, INC.; THE BENEFITS CONNECTION GROUP, INC. LONG TERM DISABILITY PLAN; ROBERT E. VAGLEY, PRESIDENT C/O AMERICAN INSURANCE ASSOCIATION, INC.; ALEXANDER M. PIRNIE, PRESIDENT, C/O NEW YORK BOARD OF FIRE UNDERWRITERS; FRED R. MARCON, PRESIDENT, C/O INSURANCE SERVICES OFFICE, INC.,; AND DOES 1 THROUGH 10, INCLUSIVE | **[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE** |
| Defendants. | |

///

///

///

-1-     CV11-10024 GHK (PJWx)
[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE

*Gordon & Rees LLP*
*633 West Fifth Street, 52nd Floor*
*Los Angeles, CA 90071*

Pursuant to the joint stipulation of dismissal of the entire action with prejudice entered into by and between the parties, the above-entitled action is dismissed with prejudice, each party to bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated: 8/29/12

_____
UNITED STATES DISTRICT JUDGE